**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 13-20080-CIV-WILLIAMS**

JOEL L. TABAS,

      Plaintiff,

vs.

SHOOK, HARDY AND BACON,
L.L.P., *et al.*,

      Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court *sua sponte*.  The parties have informed the Court that they have settled this action in full.  It is hereby **ORDERED AND ADJUDGED** that the parties shall file a joint stipulation of dismissal or a status report by **November 15, 2013**.

**DONE AND ORDERED** in chambers in Miami, Florida, this 6ᵗʰ day of November, 2013.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE